## THE CHAPPELL CHEMICAL AND FERTILIZER CO. *vs.* THE SULPHUR MINES CO. OF VA.

*Non-Jury Trials in Baltimore City—Removal of Cases.*

Appeal from the Superior Court of Baltimore City. *Affirmed.*

The rule of the common law Courts in Baltimore City requiring all civil cases to be tried without a jury, unless a jury trial is specially asked for within a limited time, is constitutional, the rule having been passed in pursuance of the Constitution, Art. 4, sec. 39, as amended under the Act of 1892, chap. 313.

Where there has been no demand for a jury trial within the time prescribed and the case is subsequently removed to another Court, a party has no right to demand a jury trial in such other Court.

Where a case is removed upon suggestion and affidavit from one Court in Baltimore City to another, the fact that the case may come on to be tried before the same *Judge* is immaterial, since the object of the Constitutional provision

relating to the removal of cases was to enable parties to get rid of any local prejudice which might affect a *jury*.

Opinion by RUSSUM, J., filed February 18th, 1897.

Submitted on briefs by *Thos. C. Chappell* for the appellant, and *Barton & Wilmer* and *James M. Ambler* for the appellee.

No. 86, October term, 1896. Recorded in Liber J. S. F., No. 2, etc., folio 823, of "Opinions Unreported."